# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL KAUFFMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION LLC and NATIONSTAR** | : | |
| **MORTGAGE LLC d/b/a Mr. Cooper** | : | **NO. 21-83** |

## ORDER

**NOW**, this 14th day of October, 2021, upon consideration of defendant Trans Union LLC's Motion for Judgment on the Pleadings (Doc. No. 13), Plaintiff's Response in Opposition to Co-Defendant, Trans Union's Motion for Judgment on the Pleadings with Plaintiff's Partial Cross-Motion for Judgment on the Pleadings re: Accuracy (Doc No. 21), and the defendant's reply, it is **ORDERED** as follows:

1. Plaintiff's Partial Cross-Motion for Judgment on the Pleadings re: Accuracy is **DENIED**;

2. Defendant Trans Union LLC's Motion for Judgment on the Pleadings is **GRANTED**.

3. **JUDGMENT** is entered in favor of defendants and against the plaintiff.

/s/ TIMOTHY J. SAVAGE J.